# Exhibit A

## Digital Request on Behalf of Other NRC2023466427REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

---

### Part 1. Type of Request

---

### Part 2. Requestor Information

Is requestor the Subject of Record?        No

Representative Role to Subject?
          An attorney

#### Requestor's Full Name

| | |
|---|---|
| Family Name (Last Name) | Hampe |
| Given Name (First Name) | Carl |
| Middle Name | |

#### Requestor's Mailing Address

| | |
|---|---|
| In Care of Name | |
| Address | 1101 15th Street NW |
| | Suite 700 |
| City or Town | Washington |
| State | DC |
| Zip Code | 20005 |
| Province | |
| Postal Code | |
| Country | UNITED STATES |

#### Requestor's Contact Information

| | |
|---|---|
| Requestor's Daytime Telephone Number | |
| Requestor's Mobile Phone Number | +1 (202) 223-5515 |
| Requestor's Email Address | mkublanova@fragomen.com |

#### Parent/Guardian Information

Full Legal Name
Country of Birth

Case 1:24-cv-00749-JEB   Document 20-2   Filed 12/13/24   Page 3 of 5
System-Generated
Digital Request on Behalf of Other NRC2023466427REQ
Case supporting documents have been added to this request. Please check the documents tab.

| | |
|---|---|
| Date of Birth | --/--/-- |

### Requestor's Certification

| | |
|---|---|
| Requestor Agrees to Statement | Yes |
| Requestor's Signature | Carl W. Hampe |
| Date of Signature | 9/27/2023 |

## Part 3. Description of Records Requested

Purpose:

### Full Name of the Subject of Record

| | |
|---|---|
| Family Name (Last Name) | Ericsson |
| Given Name (First Name) | Suzanne |
| Middle Name | Elisabeth |

### Other Names Used by the Subject of Record

### Full Name of the Subject of Record at Time of Entry into the United States

| | |
|---|---|
| Family Name (Last Name) | Ericsson |
| Given Name (First Name) | Suzanne |
| Middle Name | Elisabeth |

### Other Information About the Subject of Record

| | |
|---|---|
| Form I-94 Number Arrival-Departure Record | |
| USCIS Online Account Number | |
| Application, Petition, or Request Receipt Number | SRC2325250371 |

### Information about Family Members that May Appear on Requested Records

System-Generated

## Digital Request on Behalf of Other NRC2023466427REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

*Parents' Names for Subject of Record*

**Father**

| | |
|---|---|
| Family Name (Last Name) | Ericsson |
| Given Name (First Name) | Tom |
| Middle Name | Eric |

**Mother**

| | |
|---|---|
| Family Name (Last Name) | Ericsson |
| Given Name (First Name) | Gunnel |
| Middle Name | Elisabeth |
| Maiden Name | |

**Description of Records Sought**

Other - All communications from the Department of State in connection with its return to USCIS of L-1 petition # SRC2325250371.  See attached email from the US Consulate Bermuda confirming return of the petition. Also attached is G-28 from petitioner.

I-129

**Circumstances**

| | |
|---|---|
| Upcoming Court Proceedings | No |

**Additional Persons with Access to Released Records**

---

### Part 4.  Verification of Identity and Subject of Record Consent

*Full Name of the Subject of Record*

| | |
|---|---|
| Family Name (Last Name) | Ericsson |
| Given Name (First Name) | Suzanne |
| Middle Name | Elisabeth |

Case 1:24-cv-00749-JEB    Document 20-2    Filed 12/13/24    Page 5 of 5

System-Generated

Digital Request on Behalf of Other NRC2023466427REQ

Case supporting documents have been added to this request. Please check the documents tab.

*Mailing Address for the Subject of Record*

| | |
|---|---|
| In Care of Name | |
| Address | 16 South Road, Blueberry Cottage |
| City or Town | St. George |
| State | |
| Zip Code | |
| Province | |
| Postal Code | HS02 |
| Country | BERMUDA |

*Other Information for the Subject of Record*

| | |
|---|---|
| Date of Birth | 12/17/1954 |
| Country of Birth | SWEDEN |

*Contact Information for the Subject of Record*

| | |
|---|---|
| Daytime Telephone Number | |
| Mobile Phone Number | +1 (441) 537-0717 |
| Email Address | suzanne@plantbasedfoods.com |

*Signature and Notarized Affidavit or Declaration of the Subject of Record*

| | |
|---|---|
| Subject of Record Agrees to Statement | Yes |
| Signature of Subject of Record | Suzanne Ericsson |
| Date of Signature | 9/27/2023 |
| Notarized Affidavit (see attached docs) | No |

### Part 5.  Other Information

*Case Creator Note: information for this section (additional family members, etc.) appears under the respective sections above.*