# Exhibit C

Carl Hampe
Partner
Direct: +1 202 349 2174
CHampe@fragomen.com

# FRAGOMEN

ATTORNEYS AT LAW

Fragomen, Del Rey, Bernsen & Loewy, LLP
1101 15th Street, N.W., Suite 700
Washington, DC 20005
USA

O  +1 202 223 5515
F  +1 202 371 2898
www.fragomen.com

## FREEDOM OF INFORMATION ACT APPEAL

December 14, 2023

USCIS
FOIA/PA Appeals Office
150 Space Center Loop
Suite 500
Lee's Summit, MO 64064-2139

**RE:** Appeal of FOIA Determination for Suzanne Elisabeth ERICSSON
Case Control Number: NRC2023309361

Dear Sir or Madam:

As counsel to Ms. Ericsson, I hereby appeal U.S. Citizenship and Immigration Service's ("USCIS" or "the Service") determination dated November 2, 2023, in the above-captioned matter. As the records provided appear to be incomplete, we respectfully request reconsideration under the administrative appeals process described by regulation at 6 C.F.R. § 5.8.

**Summary of Appeal.** The Service's FOIA response is deficient because it incorrectly withholds records based on a FOIA exemption that applies only to records of the Department of State. *See* 5 U.S.C. § 552(b)(3) (excusing statutorily protected materials from disclosure); 8 U.S.C. § 1202(f) (protecting "records of the Department of State … pertaining to the issuance or refusal of visas…"). However, the records sought by the instant FOIA request are instead part of the Service's file and therefore are not subject to this FOIA exemption.

**1.     The FOIA Request.**

Ms. Ericsson requested: "All communications from the Department of State in connection with its return to USCIS of L-1 petition # SRC2325250371 and I-129." As brief background, Ms. Ericsson attended a nonimmigrant visa interview at the U.S. Consulate in Hamilton, Bermuda on August 31, 2023 (AA00CDBHIF). Following that interview, the reviewing officer provided Ms. Ericsson with a notice of administrative processing and informed her the underlying L-1A approval would be referred to USCIS for potential revocation.

## 2. The FOIA Response.

USCIS noted in its FOIA response cover letter that it had "...identified 16 pages that are responsive to your request. Enclosed are 13 pages released in their entirety. We are withholding 3 pages in full. ... We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552(b)(3) of the FOIA." These 13 pages included only one item: a copy of Ms. Ericsson's Form I-129 filed with the previously approved L-1A petition.

## 3. Basis of Appeal

Regarding the processes around petition revocation, the U.S. Department of State's Foreign Affairs Manual ("FAM") provides that when a nonimmigrant petition is returned to USCIS for potential revocation, the Consulate must "forward Form DS-3099, NIV Petition Revocation Request Cover Sheet, the petition, all pertinent documentation, and a written memorandum of the evidence in Microsoft Word format supporting the request for reconsideration to the Kentucky Consular Center... The KCC will then forward the request to the approving USCIS Service Center." 9 FAM 402.12-6(A).

Once the revocation request reaches USCIS, it is no longer simply a "record of the Department of State" but instead it is also a record of USCIS. 8 USC § 1202(f). Furthermore, upon receipt by USCIS, the record is longer pertains "to the issuance or refusal of visas or permits to enter the United States", *id.*, but rather is a record of USCIS relating to a petition for U.S. nonimmigrant status – from which permission to enter the United States cannot be obtained. The USCIS record here is therefore completely outside of the State Department's exemption from disclosure under FOIA.

As USCIS outlines in its response letter, 5 U.S.C. § 552(b)(3) protects "agency records" exempted by statute, and U.S.C. § 1202(f) precludes FOIA disclosure of such records when owned and controlled by the U.S. Department of State. Presumably the materials described by the FAM, or some subset thereof, are the subject of USCIS's (b)(3) nondisclosure. However, we assert that these records instead belong to USCIS, and therefore remain subject to FOIA disclosure. We also request that USCIS provide copies of any work product (e.g., notes, emails, legal analysis, or memoranda) prepared by the agency in the course of their revocation consideration.

FOIA establishes a strong presumption in favor of disclosure. *See* S. REP. No. 813, 89th Cong., 1st Sess. 3 (1965). And the government bears the burden to demonstrate, "not the requestor to disprove," that requested materials are not agency records subject to disclosure under FOIA. *U.S. Dep't of Just. v. Tax Analysts*, 492 U.S. 136, 144 (1989).

Thank you for your prompt attention to and consideration of this administrative appeal.

Respectfully submitted,

*[signature]*

Carl W. Hampe
*Counsel to Suzanne Ericsson*



U.S. Department of Homeland Security
U S Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

November 2, 2023

Control Number: NRC2023309361

CARL HAMPE
1101 15TH STREET NW, SUITE 700
WASHINGTON, DC 20005

Dear CARL HAMPE:

This letter is in response to your request for records under the Freedom of Information Act/Privacy Act (FOIA) or Privacy Act (PA), which was received in this office on September 27, 2023 for SUZANNE ERICSSON regarding the All communications from the Department of State in connection with its return to USCIS of L-1 petition # SRC2325250371 and I-129.

We have considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance. We have completed the review of all documents and have identified 16 pages that are responsive to your request. Enclosed are 13 pages released in their entirety. We are withholding 3 pages in full. In our review of these pages, we have determined they contain no reasonably segregable portion(s) of non-exempt information. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(3) of the FOIA.

The following exemptions are applicable:

Exemption (b)(3) provides protection for information specifically exempted from disclosure by statute, provided that such statute establishes particular criteria for withholding or refers to particular types of matter to be withheld. The statute which allows us to withhold this information pursuant to (b)(3) is 8 U.S.C. 1202(f) of the Immigration and Nationality Act.

There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages contain marks that appear to be blacked-out information. The black marks were made prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are

NRC2023309361
Page 2

responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

The National Records Center does not process petitions, applications, or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with USCIS, please visit the Contact Us page at www.uscis.gov or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Enclosure(s)

# Express



FOIA



FRI - 15 DEC 12:00P
PRIORITY OVERNIGHT

7744 8574 8440

64064
XN MKCA MCI
MO-US

**TO** USCIS FOIA/PA APPEALS OFFICE
150 SPACE CENTER LOOP
SUITE 500
LEES SUMMIT MO 64064
(202) 223-5515
REF: GS/ERICSSON/FOIA APPEAL
INV: GOVT STRATEGIES-780

ORIGIN ID:VJJA  (202) 223-5515   SHIP DATE: 14DEC23
MARINA KUBLANOVA                 ACTWGT: 0.50LB
FRAGOMEN DEL REY BERNSEN LOEWY   CAD: 160951O/INET4535
1101 15TH STREET NW
SUITE 700
WASHINGTON, DC 20005
UNITED STATES US
BILL SENDER

