# Exhibit D



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

January 12, 2024

Control Number: APP2023003271

CARL HAMPE
FRAGOMEN
1101 15TH STREET NW, STE. 700
WASHINGTON, DC 20005

Dear CARL HAMPE:

Re: NRC2023309361

You appealed the action of the National Records Center regarding your request for access to records pertaining to SUZANNE ERICSSON, dated December 15, 2023.

The determination of the National Records Center was to release 13 pages in their entirety and withhold 3 pages in full.

After careful consideration of your appeal, I have decided to affirm the decision of the National Records Center. The National Records Center properly withheld certain information that is protected from disclosure and not appropriate for discretionary release.

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202- 741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Sincerely,

Quan K. Luong, Office of Chief Counsel
U.S. Citizenship and Immigration Services

www.uscis.gov